# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151227 & (18)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JACK LOWN,
        Defendant-Appellant.

SC: 151227
COA: 322796
Grand Traverse CC:
76-003094-FH; 76-003095-FC

_____/

        On order of the Court, the motion to amend the application for leave to appeal is GRANTED. The application for leave to appeal the August 29, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2016



Clerk

s0229